In re Montgomery, Henry; — Defendant; Applying For Supervisory and/or Remedial Writs, Parish of E. Baton Rouge, 19th Judicial District Curt Div. G, No. 48-489; to the Court of Appeal, First Circuit, No. 2013 KW 0442.
| iDenied. The district court did not err in denying relator’s Motion to Correct an Illegal Sentence. See State v. Tate, 12-2763 (La.11/5/13), 130 So.3d 829, cert. denied, Tate v. Louisiana, No. 13-8915, — U.S. -, 134 S.Ct. 2663, 189 L.Ed.2d 214, 2014 WL 834279 (May 27, 2014).
JOHNSON, C.J., dissents and would grant the writ and assigns reasons.